UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:20-cv-23208-GAYLES/Otazo-Reyes

JONATHAN HESTER,

    Plaintiff,

v.

NCL (BAHAMAS) LTD.,
a Bermuda company d/b/a
"NORWEGIAN CRUISE LINE,"

    Defendant.
_____/

### DEFENDANT'S CERTIFICATE OF INTERESTED PARTIES AND CORPORATE DISCLOSURE STATEMENT

Defendant, NCL (BAHAMAS) LTD., by and through undersigned counsel, and pursuant to Federal Rule of Civil Procedure 7.1(a), hereby files its Certificate of Interested Parties and Corporate Disclosure Statement as follows:

### CERTIFICATE OF INTERESTED PARTIES

Jonathan Hester
*Plaintiff*

NCL (BAHAMAS) LTD.
*Defendant.*

Michael D. Eriksen, Esq.
mde@travelaw.com
ERIKSON LAW FIRM
2161 Palm Beach Lakes, Blvd.
Ste. 410
West Palm Beach, FL 33409
Tel: (866) 493-9902

Fax: (561) 533-8715
*Attorney for Plaintiff*

Jeffrey E. Foreman, Esq.
jforeman@fflegal.com
Michael C. Gordon, Esq.
mgordon@fflegal.com
FOREMAN FRIEDMAN, P.A.
2 South Biscayne Blvd., Suite 2300
Miami, FL 33131
Tel: (305) 358-6555; Fax: (305) 374-9077
*Counsel for Defendant*

## CORPORATE DISCLOSURE STATEMENT
## OF DEFENDANT NCL (BAHAMAS) LTD.

Defendant, NCL (Bahamas) Ltd., a Bermuda company ("Norwegian"), by and through the undersigned counsel and pursuant to Federal Rule of Civil Procedure 7.1, hereby files its Corporate Disclosure Statement as follows:

Norwegian is a wholly-owned subsidiary of NCL International, Ltd., a Bermuda company, which in turn is a wholly-owned subsidiary of Arrasas Limited, an Isle of Man company, which in turn is a wholly-owned subsidiary of NCL Corporation Ltd., a Bermuda company ("NCLC"). NCLC is a wholly owned subsidiary of Norwegian Cruise Line Holdings Ltd., a Bermuda company publicly traded on the New York Stock Exchange under ticker symbol NCLH ("NCLH").

Respectfully submitted,

BY: */s/ Michael C. Gordon*
Jeffrey E. Foreman, Esq.
Florida Bar No. 0240310
jforeman@fflegal.com
Michael C. Gordon, Esq.
Florida Bar No. 149284
mgordon@fflegal.com
One Biscayne Tower, Suite 2300

2 South Biscayne Boulevard  
Miami, FL  33131  
Phone: 305-358-6555  
Fax: 305-374-9077  
*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 24th day of September, 2020, a true and correct copy of the foregoing was served by email upon counsel indicated on the attached Service List.

BY: **/s/ Michael C. Gordon**
Michael C. Gordon, Esq.

## SERVICE LIST

| | |
|---|---|
| Michael D. Eriksen, Esq. | Jeffrey E. Foreman, Esq. |
| mde@travelaw.com | jforeman@fflegal.com |
| ERIKSON LAW FIRM | kfehr@fflegal.com |
| 2161 Palm Beach Lakes, Blvd. | Michael C. Gordon, Esq. |
| Ste. 410 | mgordon@fflegal.com |
| West Palm Beach, FL 33409 | iortiz@fflegal.com |
| Tel: (866) 493-9902 | narguelles@fflegal.com |
| Fax: (561) 533-8715 | Lissette Eusebio, Esq. |
| *Attorney for Plaintiff* | leusebio@fflegal.com |
| | FOREMAN FRIEDMAN, PA |
| | One Biscayne Tower, Suite 2300 |
| | 2 South Biscayne Boulevard |
| | Miami, FL  33131 |
| | Phone: 305-358-6555 |
| | Fax: 305-374-9077 |
| | *Attorneys for Defendant, NCL* |